# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA J. BIDDIE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:11-at-00467<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

Plaintiff Donna J. Biddie filed a complaint on August 4, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:   August 4, 2011**           /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE