# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA J. BIDDIE, | Case No.: 1:11-at-00467 |
| Plaintiff, | **ORDER DIRECTING SERVICE OF COMPLAINT** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Donna J. Biddie filed a complaint on August 4, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application to proceed *in forma pauperis* was granted on August 4, 2011. (Doc. 5.)

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is DIRECTED to issue a summons; and
2. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this Order upon the Defendant as directed by the Plaintiff.

IT IS SO ORDERED.

**Dated:  August 8, 2011**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE