IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNA J. BIDDIE, | ) | 1:11cv01311 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING RESPONSE TO |
| | ) | MOTION FOR EXTENSION OF TIME |
| vs. | ) | (Doc. 18) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

    On August 4, 2011, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

    On March 19, 2012, Plaintiff filed her opening brief. Defendant did not file a responsive brief. Accordingly, on May 17, 2012, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file a brief. Defendant did not file a timely response to the Court's order.

    On June 25, 2012, Defendant moved the Court to extend the time for Defendant to file a responsive brief to July 9, 2012. Defense counsel reports that she was assigned this case on Friday, June 22, 2012, and was not aware of its status until June 25, 2012. Counsel explains that this case was reassigned internally in January 2012 from an attorney who no longer works in the office to

1  another agency attorney.  However, a new notice of appearance was not filed and the second agency
2  attorney was unaware that Plaintiff had filed an opening brief and that the Court had issued an order
3  to show cause.  Counsel indicates that she has received assignment of two other cases in similar
4  circumstances.  Due to the show cause order, counsel has not contacted Plaintiff's counsel to
5  determine if there are any objections to this extension.

6      Based on the above, the Court DIRECTS Plaintiff to file either an opposition to the motion
7  for an extension of time or a statement of non-opposition within fourteen (14) days of the date of this
8  Order.

9      IT IS SO ORDERED.

10     **Dated:   June 27, 2012**             /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

2